# United States District Court
# For The Western District of North Carolina
# Asheville Division

JONATHAN HENSLEE,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                          1:10CV48-1-MU

N.C. DEPARTMENT OF CORRECTIONS,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/22/2010 Order.

                                          Signed: March 22, 2010

                                          *[Signature]*

                                          Frank G. Johns, Clerk
                                          United States District Court